## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN W. JUSTICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-4104 |
| | § | |
| WELLS FARGO BANK, NATIONAL | § | |
| ASSOCIATION, AS TRUSTEE FOR | § | |
| CERTIFICATEHOLDERS OF BEAR | § | |
| STEARNS ASSET BACKED SECURITIES I, | § | |
| LLC, SERIES 2007-AC-2, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff, Brian W. Justice, moved for leave to file a second amended complaint. (Docket Entry No. 11.)  The defendants do not oppose the motion.  (Docket Entry No. 12.)  The motion for leave to file a second amended complaint is granted.  Justice may file a second amended complaint no later than **February 14, 2012.**

SIGNED on January 31, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge